COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee

v.

MUNICIPAL AUTHORITY OF the BOROUGH OF WEST VIEW, Appellant.

Supreme Court of Pennsylvania.

Dec. 27, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 27th day of December, 2007, the order of the Commonwealth Court is hereby **AFFIRMED.**